UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

FILED
AUG -9 2022
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
OAKLAND OFFICE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>MARK ALLAN RIVERA SAGALA<br>Defendant. | Case No. 4:22-mj-70953-MAG-1<br><br>**ORDER FOR IMMEDIATE RELEASE** |

GOOD CAUSE APPEARING, the United States Marshal's Service is hereby ordered to immediately release MARK ALLAN RIVERA SAGALA from custody.

DATED: August 9, 2022

HON. KANDIS A. WESTMORE
United States Magistrate Judge