STEPHANIE M. HINDS (CABN 154284)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

ALEXIS JAMES (NYBN 5603865)
Assistant United States Attorney

   1301 Clay Street, Suite 340S
   Oakland, California 94612
   Telephone: (510) 637-3680
   FAX: (510) 637-3724
   Alexis.James@usdoj.gov

Attorneys for United States of America

**FILED**

AUG -9 2022

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
OAKLAND OFFICE

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>MARK ALLAN RIVERA SAGALA,<br><br>    Defendant. | NO. 4:22-MJ-70953 MAG<br><br>ORDER |

Leave is granted to the government to dismiss the criminal complaint against Mark Allan Rivera Sagala without prejudice. It is further ordered that the arrest warrant issued in connection with the complaint in this case is quashed.

Date: 8/9/22

_____
HON. KANDIS A. WESTMORE
United States Magistrate Judge

NOTICE OF DISMISSAL
No. 4:22-mj-70953 MAG